IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| MARZIK, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:12-cv-00378-ELH |
| NILOY, INC. d/b/a DCT/MRS | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*            \*   \*   \*   \*   \*   \*

## ANSWER TO COMPLAINT

Defendant, Niloy, Inc. d/b/a DCT/MRS, by its attorney, Joel C. Richmond, files this Answer to Complaint.

### PARTIES

**1.** Defendant admits the allegations in Paragraph 1 of the Complaint.

**2.** Defendant admits the allegations of Paragraph 2 of the Complaint.

### JURISDICTION AND VENUE

**3.** Defendant states that the Northern Division of the United States District Court for the District of Maryland is the proper venue for this case.

**4.** Defendant admits that the court has both personal and diversity jurisdiction as set forth in Paragraphs 4 and 5 of the Complaint.

### GENERAL ALLEGATIONS

**5.** Defendant incorporates by reference its responses to Paragraphs 1 through 5 of the complaint as if stated fully herein.

**6.** Defendant admits the allegations in Paragraph 6 of the Complaint.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint and therefore deny them.

8. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint and therefore deny them.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint and therefore deny them.

10. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint and therefore deny them.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint and therefore deny them.

12. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint and therefore deny them.

## COUNT I

13. Defendant incorporates and adopts by reference its responses to Paragraphs 1-12 of this Answer to Complaint as if stated fully herein.

14. Defendant denies the allegations in Paragraph 14 of the Complaint.

15. Defendant denies the allegations of Paragraph 15 of the Complaint.

16. Defendant denies the allegations of Paragraph 16 of the Complaint.

## COUNT II

17. Defendant incorporates and adopts by reference its responses to Paragraphs 1-16 of this Answer to Complaint as if stated fully herein.

18. Defendant is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 18 of the Complaint and therefore deny them.

**19.** Defendant denies the allegations of Paragraph 19 of the Complaint.

**20.** Defendant denies the allegations of Paragraph 20 of the Complaint.

**21.** Defendant denies the allegations of Paragraph 21 of the Complaint.

**22.** Defendant denies the allegations of Paragraph 22 of the Complaint.

**23.** Defendant denies the allegations of Paragraph 23 of the Complaint.

**24.** Defendant denies the allegations of Paragraph 24 of the Complaint.

PRAYER FOR RELIEF

WHEREFORE, Defendant prays that the Plaintiff be denied the relief requested in the Complaint.

DEFENDANT'S FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint and each and every allegation thereof, fails to state a claim upon which relief can be granted.

DEFENDANT'S SECOND AFFIRMATIVE DEFENSE

Defendant generally denies each and every allegation set forth in Plaintiff's complaint.

DEFENDANT'S THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by the applicable statute of limitations, and by the doctrine of laches.

DEFENDANT'S FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by the doctrine of waiver.

DEFENDANT'S FIFTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by the doctrine of estoppel.

### DEFENDANT'S SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by the failure of consideration.

### DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by the statutes of frauds.

### DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by payment.

### DEFENDANT'S NINTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint is barred, in whole or in part, by accord and satisfaction.

### DEFENDANT'S TENTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate its alleged damages.

WHEREFORE, having fully answered Plaintiff's Complaint, the Defendant respectfully requests that the Plaintiff be denied the relief requested in the Complaint; that Plaintiff's complaint be dismissed in its entirety and with prejudice; that Defendant be awarded its costs and reasonable attorney fees; and that this court grant the Defendant such other and further relief as this court may deem just and appropriate.

 

/S/
**JOEL C. RICHMOND (#02352)**
10 N. Calvert Street, Suite 522
Baltimore, MD 21202
410.685.2225; 410.659.5370 (fax)
jcrjuris@aol.com

**Attorney for Defendant, Niloy, Inc. d/b/a DCT/MRS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2ND day of March, 2012, a copy of the foregoing Answer to Complaint was served, by the Court's electronic filing system, on Brian L. Moffet, Esquire and John Y. Lee, Esquire, Gordon, Feinblatt, LLC, The Garrett Building, 233 E. Redwood Street, Baltimore, Maryland 21202.

/S/
**JOEL C. RICHMOND**