IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| MARZIK, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:12-cv-00378-ELH |
| NILOY, INC. D/B/A DCT/MRS | * | |
| Defendant | * | |

\*      \*      \*      \*      \*      \*          \*      \*      \*      \*      \*      \*      \*

**NILOY, INC. D/B/A DCT/MRS DISCLOSURE OF CORPORATE
AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT
FINANCIAL INTEREST IN LITIGATION**

Pursuant to Local Rule 103.3 of the United States District Court for the District of

Maryland, Defendant, Niloy, Inc. d/b/a DCT/MRS ("Niloy"), by and through its undersigned

counsel, files its disclosure statement.

**1.**  Niloy is a corporation organized and existing under the laws of the State of Georgia

that does not have a corporate parent or affliates.

**2.**  Niloy is not aware of any other corporation, association, partnership, insurance

company, or other business entity that has a material financial interest in the outcome of this

litigation.

Respectfully Submitted,

/s/

**JOEL C. RICHMOND**, Bar No.: 02352
10 N. Calvert Street, Suite 522
Baltimore, MD 21202
410.685.2225; 410.659.5370 (fax)
jcrjuris@aol.com
Attorney for Defendant,
Niloy, Inc. d/b/a DCT/MRS

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 15TH day of March, 2012, a copy of the foregoing

Disclosure of Corporate Affiliations and Other Entities With A Direct Financial Interest In

Ligitation was electronically filed in this case and served by first class mail, postage prepaid, on

Brian L. Moffet, Esquire and John Y. Lee, Esquire, Gordon, Feinblatt, LLC, The Garrett

Building, 233 E. Redwood Street, Baltimore, Maryland 21202-3332, Attorneys for Plaintiff,

Marzik, Inc.

_____

**JOEL C. RICHMOND**