

Nicholas Woodfield
Direct Dial 202.261.2812
nwoodfield@employmentlawgroup.com

April 28, 2014

The Honorable Reggie B. Walton
Judge, United States District Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

  RE: *Candice Miles v. University of the District of Columbia, et al.,*
    Case No. 1:12-CV-00378 (RBW)

Dear Judge Walton:

  Upon reviewing Defendant Howard University's expert's submission in support of its argument that the Fed. R. Civ. P. 35 examination of Plaintiff not be tape recorded, it is important to note that the concerns articulated by Defendant's expert are all speculative in nature. More specifically, Defendant's expert fails to identify any prejudice that certainly will occur, and, in fact, she does not identity any prejudice that more than likely might occur. On the other hand, given that it is certain that both Ms. Miles and Dr. Alford will both be called upon to recite exactly what was asked by Dr. Alford and what was answered by Ms. Miles in this examination, Defendant's speculative concerns about potential prejudice do not outweigh Plaintiff's concerns about disputes over what was in fact said.

  Finally, in ¶ 10 of her declaration Dr. Alford declares that "In keeping with my profession's Ethical Guidelines, if the Court should decide to order the tape recording of the assessment session despite my concerns, for protection of test security I would request the Court to order that there be no tape recording of the written testing portion of the examination and any associated instructions." Plaintiff believes this to be a reasonable request and accordingly asks that the Fed. R. Civ. P. 35 examination of Plaintiff be tape recorded except for the written testing portion of the examination and any associated instructions.

  Please do not hesitate to contact me if you require any further information or authorities.

Very Truly Yours,

*[signature]*

Nicholas Woodfield

cc: Daniel I. Prywes, Esq.
  Yoora Pak, Esq.

The Employment Law Group   |   888 17th Street, NW   |   Telephone: 202.331.2883
A Professional Corporation   |   Suite 900   |   Facsimile: 202.261.2835
   |   Washington, D.C. 20006-3307   |   www.employmentlawgroup.com